**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ADOLPH COORS CO.** *et al.*, | |
| **Plaintiffs,** | |
| **v.** | **Civil Action No. 04-2150 (RMU/JMF)** |
| **TRUCK INSURANCE EXCHANGE,** | |
| **Defendant.** | |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is, hereby, **ORDERED** that plaintiffs are awarded attorneys' fees and costs in the amount of $10,641.22.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: